**DE LONG v. DE LONG HOOK & EYE CO.** (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Frank E. De Long against the De Long Hook & Eye Company. No opinion. Motion granted. See 41 N. Y. Supp. 201.

**DEPARTMENT OF BUILDINGS OF CITY OF NEW YORK v. FIELD.** (Supreme Court, Appellate Division, First Department. October 23, 1896.) Action by the Department of Buildings of the City of New York against Richard Field. John V. Dahlgren, for plaintiff. George Hill, for defendant.

PATTERSON, J. In the condition of the agreed state of facts as it is presented to us, this matter cannot be considered. It is specifically stated that Mr. Elbridge T. Gerry is the present owner of the premises mentioned in the submission. All that is stated with reference to the defendant, Field, is that he became the owner of the property in its existing condition; but that does not show that he is the owner of the property, and that the proceeding is taken against the owner. As we are not authorized to draw any inferences, or to import anything into the submission, we cannot act on these papers, but the matter may be resubmitted on a proper statement. All concur.

**DE WOLFE, Appellant, v. ABRAHAM et al., Respondents.** (Supreme Court, Appellate Division, Second Department. October 13, 1896.) Action by Florence Angell De Wolfe against Abraham Abraham and others. No opinion. Motion for leave to appeal to the court of appeals granted. See 39 N. Y. Supp. 1029.

In re **DILLON'S ESTATE.** (Supreme Court, Appellate Division, First Department. June, 1896.) In the matter of Robert J. Dillon, deceased. No opinion. Motion granted, with $10 costs.

**DINNIHAN et al., Respondents, v. LAKE ONTARIO BEACH IMP. CO., Appellant.** (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by John Dinnihan and another, administrators, etc., against the Lake Ontario Beach Improvement Company. No opinion. Motion denied, with $10 costs. All concur. See 40 N. Y. Supp. 764.

**DOLAN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent.** (Supreme Court, Appellate Division, Second Department. December 1, 1896.) Action by James H. Dolan against the Brooklyn Heights Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

**DONNER, Respondent, v. ROCHESTER HERALD PUB. CO., Limited, Appellant.** (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by John A. Donner against the Rochester Herald Publishing Company, Limited. No opinion. Judgment and order affirmed, with costs. All concur.

**DONOHUE, Appellant, v. SYRACUSE & E. S. RY. CO. et al., Respondents.** (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Thomas Donohue against the Syracuse & East Side Railway Company, impleaded, etc. No opinion. Judgment and order affirmed, with costs. Decision made by the concurrence of HARDIN, P. J., and FOLLETT and GREEN, JJ. WARD, J., not voting.